UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| JAMES BRODOWY AND MARGARET BRODOWY,<br><br>Plaintiffs,<br><br>vs.<br><br>PROGRESSIVE DIRECT INSURANCE COMPANY,<br><br>Defendant. | Case No. CV-22-030-H-KLD<br><br>JUDGMENT IN A CIVIL CASE |

     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X**   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

     IT IS ORDERED AND ADJUDGED that judgment is entered in favor of the Defendant.

     Dated this 1st day of September, 2023.

                        TYLER P. GILMAN, CLERK

                        By: /s/ Annie Puhrmann
                        Annie Puhrmann, Deputy Clerk